FILED
MAR 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:23 CR 123 JUDGE HELMICK MAG JUDGE CLAY |
| BRANDON BENNER, | ) | Title 18, United States Code, Sections 924(c) and 1951(a) |
| Defendant. | ) | |

COUNT 1
(Interference with Commerce by Threats or Violence, 18 U.S.C. § 1951(a))

The United States Attorney charges:

1. On or about December 19, 2021, in the Northern District of Ohio, Western Division, Defendant BRANDON BENNER, did unlawfully obstruct, delay, and affect or attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that BENNER did obtain United States currency in the custody, possession and presence of employees of the Express Mart located on South Avenue, Toledo, Ohio, by means of actual and threatened force, violence, and fear of immediate injury to an employee, in violation of Title 18, United States Code, Section 1951(a).

COUNT 2
(Using and Carrying a Firearm During and in Relation
to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The United States Attorney further charges:

2. On or about December 19, 2021, in the Northern District of Ohio, Western

ORIGINAL

Division, Defendant, BRANDON BENNER did use or carry, and brandish a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951(a), as charged in count one of this Information, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT 3
(Interference with Commerce by Threats or Violence, 18 U.S.C. § 1951(a))

The United States Attorney further charges:

    1.    On or about January 5, 2022, in the Northern District of Ohio, Western Division, Defendant BRANDON BENNER, did unlawfully obstruct, delay, and affect or attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that BENNER did obtain United States currency in the custody, possession and presence of employees of Stop and Go located on West Alexis Road, by means of actual and threatened force, violence, and fear of immediate injury to an employee, in violation of Title 18, United States Code, Section 1951(a).

COUNT 4
(Using and Carrying a Firearm During and in Relation
to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The United States Attorney further charges:

    2.    On or January 5, 2022, in the Northern District of Ohio, Western Division, Defendant, BRANDON BENNER did use or carry, and brandish a firearm, during and in

relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951(a), as charged in count three of this Information, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 5
(Interference with Commerce by Threats or Violence, 18 U.S.C. § 1951(a))

The United States Attorney further charges:

1.　On or about January 22, 2022, in the Northern District of Ohio, Western Division, Defendant BRANDON BENNER, did unlawfully obstruct, delay, and affect or attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that BENNER did obtain United States currency in the custody, possession and presence of employees of the Sunoco on South Detroit Avenue, Toledo, Ohio, by means of actual and threatened force, violence, and fear of immediate injury to an employee, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 6
(Using and Carrying a Firearm During and in Relation
to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The United States Attorney further charges:

2.　On or about January 22, 2022, in the Northern District of Ohio, Western Division, Defendant, BRANDON BENNER did use or carry, and brandish a firearm, during and in

3

relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951(a), as charged in count five of this Information, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

                MICHELLE M. BAEPPLER
                First Assistant United States Attorney

By: _____
                AVA R. DUSTIN
                Executive Assistant United States Attorney